**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-11-01892-001-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Christian Francis Manganaro, | |
| Defendant. | |

Pending before the Court is Defendant Manganaro's Request for Clarification (Doc. 97). The Motion is granted and the clarification is provided below.

All Defendants are expected to fulfill their full term of supervised release without violation. Reductions in such terms are "rarely granted." The Court understands Mr. Manganaro may feel he has made sufficient strides to merit such a reduction and understands why he would want such relief. Nevertheless, the nature of his underlying offense, his past violations of his supervised release conditions, and his present attitude towards supervision as set forth in pages 5-8 of the Government's Response to his motion, indicate to the Court that no reduction is presently merited. The Court did read Mr. Manganaro's Reply to the Government's Response in which he downplays the concerns set forth in pages 5-8 and suggests that they were overstated, have been resolved, or Mr. Manganaro has apologized to the probation officer for his inappropriate attitude and behaviors. But, Mr. Manganaro's Reply did not come close to meeting the concerns set

forth in the Government's Response sufficient to establish that Mr. Manganaro does have an appropriate attitude towards supervision, or appropriately treats his probation officer. The Court further declines to outline for Mr. Manganaro what steps he would have to achieve to be awarded the "rarely granted" relief of early termination. But, until his present attitude about the requirements of probation and towards his probation officer improves, the Court will not consider a request for early termination.

Dated this 30th day of January, 2025.

*G. Murray Snow*
G. Murray Snow
Senior United States District Judge

cc: USPO